Virginia Drobina, Administrator of Estate of Frank Garczynski, Deceased, Appellant, v. Jan Bujak and Jozefa Bujak, Appellee.

**Gen. No. 46,959.**

First District, First Division.

January 7, 1957.

Released for publication February 11, 1957.

Bartley, Powell & Skarzynski, for plaintiff-appellant, Harry F. Skarzynski, Melvin B. Lewis, and Walter R. Bartley, of counsel. No brief filed for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.